### STATE OF CONNECTICUT *v.* DUANE FOSTER

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 369 (AC 15530), is denied.

*Pamela S. Nagy,* special assistant state's attorney, in support of the petition.

*Margaret Gaffney Radionovas,* assistant state's attorney, in opposition.

Decided September 18, 1997

### STATE OF CONNECTICUT *v.* DAVID JOYCE

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 390 (AC 15603), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's unconstitutional restriction of the defendant's right to present evidence of a state witness' bias against him was harmless beyond a reasonable doubt?"

The Supreme Court docket number is SC 15767.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 18, 1997